BEFORE THE THIRD DIVISION, DECEMBER 23, 1964

No. 68971.—Engis Equipment Company v. United States, protests 61/11060–12168, etc. (Chicago).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of diamond files, not over 2½ inches in length, similar in all material respects to those the subject of J. E. Bernard & Co., Inc., et al. v. United States (52 Cust. Ct. 56, C.D. 2436), the claim of the plaintiff was sustained.

No. 68972.—Engis Equipment Company v. United States, protests 63/8322–13466, etc. (Chicago).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of diamond files, not over 2½ inches in length, similar in all material respects to those the subject of J. E. Barnard & Co., Inc., et al. v. United States (52 Cust. Ct. 56, C.D. 2436), the claim of the plaintiff was sustained.

No. 68973.—B. Altman & Co. et al. v. United States, protests 63/13559, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in Wm. S. Pitcairn Corp. v. United States (39 CCPA 15, C.A.D. 458), the claim of the plaintiffs was sustained.